IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-789-FDW-DCK

| | |
|---|---|
| EYETALK365, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    **ORDER** |
| | ) |
| ZMODO TECHNOLOGY CORPORATION LIMITED, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice*" (Document No. 23) filed by Edward Cole, concerning John M. Schafer, on February 2, 2017. Mr. Schafer seeks to appear as counsel *pro hac vice* for Defendant Zmodo Technology Corporation Limited. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the motion will be <u>granted</u>.

**IT IS, THEREFORE, ORDERED** that, in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" (Document No. 23) is **GRANTED**. John M. Schafer is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: February 2, 2017

David C. Keesler
United States Magistrate Judge