IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-789-FDW-DCK

| | |
|---|---|
| EYETALK365, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ZMODO TECHNOLOGY CORPORATION )<br>LIMITED, )<br>)<br>Defendant. )<br>) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice*" (Document No. 51) filed by K. Alan Parry, concerning Gary R. Sorden, on August 16, 2017. Mr. Sorden seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the motion will be granted.

**IT IS, THEREFORE, ORDERED** that, in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" (Document No. 51) is **GRANTED**. Gary R. Sorden is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: August 16, 2017

David C. Keesler
United States Magistrate Judge