MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8515
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: 702.634.5000
Fax: 702.380.8572
melanie.morgan@akerman.com
tenesa.scaturro@akerman.com

THOMAS G. PASTERNAK, ESQ. (admitted *pro hac vice*)
JOHN M. SCHAFER, ESQ. (admitted *pro hac vice*)
AKERMAN LLP
71 S. Wacker Drive, 46th Floor
Chicago, IL 60606
Tel: 312.634.5700
Fax: 312.424.1900
thomas.pasternak@akerman.com
jay.schafer@akerman.com

*Attorneys for Zmodo Technology Corporation Limited*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EYETALK365, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>ZMODO TECHNOLOGY CORPORATION LIMITED,<br><br>    *Defendant*. | Case No. 3:17-cv-00686-MMD-WGC<br><br>*and related case* |
| EYETALK365, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>ZMODO TECHNOLOGY CORPORATION LIMITED,<br><br>    *Defendant*. | Case No. 2:17-cv-02714-RCJ-PAL<br><br>**<u>NOTICE</u>** |

This case was transferred from the Western District of North Carolina. Mr. Edward Cole was local counsel for Zmodo Technology Corporation Limited ("Zmodo") for the case when it was in North Carolina. Mr. Cole will no longer be serving as Zmodo's local counsel. Zmodo requests that Mr. Cole be removed from the CM/ECF notification list.

**AKERMAN LLP**

*/s/Thomas G. Pasternak*
Melanie D. Morgan, Esq.
Nevada Bar No. 8515
Tenesa S. Powell, Esq.
Nevada Bar No. 12488
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

Thomas G. Pasternak (admitted pro hac vice)
John M. Schafer (admitted pro hac vice)
AKERMAN LLP
71 S. Wacker Drive, 46th Floor
Chicago, IL 60606

*Attorneys for Defendant*
*Zmodo Technology Corporation Limited*

**IT IS SO ORDERED** this 6th day of April, 2018.

Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 23rd day of March, 2018, and pursuant to FRCP 5(b), I electronically served via CM/ECF a copy of the foregoing **NOTICE**, on all parties and counsel as identified on the Court generated notice of electronic filing.

Michael D. Rounds, Esq.
BROWNSTEIN HYATT FARBER SCHRECK
5371 Kietzke Lane
Reno, Nevada 89511

*Of Counsel*
Gary R. Sorden, Esq.
Tim Craddock, Esq.
KLEMCHUK LLP
8150 N. Central Expressway, 10th Floor
Dallas, Texas 75206
*Attorneys for Eyetalk365, LLC*

                                           */s/ Thomas G. Pasternak*