Michael D. Rounds
Nevada Bar No. 4734
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: 775-324-4100
Facsimile: 775-333-8171
Email: mrounds@bhfs.com

Gary R. Sorden (admitted *pro hac vice*)
Tim Craddock (admitted *pro hac vice*)
KLEMCHUK LLP
8150 N. Central Expressway, 10th Floor
Dallas, Texas 75206
Telephone: 214-367-6000
Facsimile: 214-367-6001
Email: gary.sorden@klemchuk.com
   tim.craddock@klemchuk.com

*Attorneys for Eyetalk365, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EYETALK365, LLC,<br><br>   *Plaintiff*,<br><br>v.<br><br>ZMODO TECHNOLOGY CORPORATION LIMITED,<br><br>   *Defendant*. | Case No. 3:17-cv-00686-MMD-WGC<br><br>*and related case* |
| EYETALK365, LLC,<br><br>   *Plaintiff*,<br><br>v.<br><br>ZMODO TECHNOLOGY CORPORATION LIMITED,<br><br>   *Defendant*. | Case No. 2:17-cv-02714-RCJ-PAL<br><br>**JOINT STIPULATION** |

This case is set for a Markman Hearing on May 14, 2018. Counsel for the parties have had several meet-and-confers and have agreed on the following stipulations:

1. All briefing on Plaintiff Eyetalk365, LLC's ("Eyetalk") Motion to Prelude the Claim Construction Testimony of James Parker [Dkt. Nos. 47 and 57] will be withdrawn and Eyetalk365 respectfully request that the Court denies the briefing as moot;

2. All briefing on Defendant Zmodo Technology Corporation Limited's ("Zmodo") Motion to Strike the Expert Declaration of Richard A. Kramer [Dkt. Nos. 63 and 64] will be withdrawn and Zmodo respectfully requests the Court deny the briefing as moot; and

3. The Parties will not use live experts and will argue the Markman through the claim construction briefing as well as the exhibits attached thereto, which includes the expert declarations.

| | |
|---|---|
| May 3, 2018 | **BROWN HYATT FARBER SCHRECK LLP** |
| | By:   /s/ Gary R. Sorden<br>Michael D. Rounds, Esq.<br>Nevada Bar No. 4734<br>5371 Kietzke Lane<br>Reno, Nevada 89511<br>Telephone: 775-324-4100<br>Facsimile: 775-333-8171<br>Email: mrounds@bhfs.com<br><br>Gary R. Sorden (admitted *pro hac vice*)<br>Tim Craddock (admitted *pro hac vice*)<br>**KLEMCHUK LLP**<br>8150 N. Central Expressway<br>10th Floor<br>Dallas, Texas 75206<br>Tel. 214.367.6000<br>Fax 214.367.6001<br>Email: gary.sorden@klemchuk.com<br>tim.craddock@klemchuk.com<br><br>*Attorneys for Plaintiff*<br>*Eyetalk365, LLC* |
| | **AKERMAN LLP** |
| IT IS SO ORDERED this 11th day of May, 2018.<br><br>_____<br>ROBERT C. JONES | By:   /s/ *Thomas G. Pasternak*<br>Melanie D. Morgan<br>Nevada Bar No. 8215<br>Tenesa Scaturro Powell<br>Nevada Bar No. 12488<br>Thomas G. Pasternak (*of counsel*)<br>John M. Schafer (*of counsel*)<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>Telephone: 702-634-5000<br>Facsimile: 702-380-8572<br>Email: Melanie.morgan@akerman.com<br>Tenesa.scaturrow@akerman.com<br>Thomas.pasternak@akerman.com<br>Jay.schafer@akerman.com<br><br>*Attorneys for Defendant*<br>*Zmodo Technology Corporation Limited* |