1  THE LAW OFFICE OF RICHARD G.
   CAMPBELL, JR. INC.
2  RICHARD G. CAMPBELL, JR. (Bar No. 1832)
   333 Flint Street
3  Reno, NV 89501
   Telephone: (775) 384-1123
4  Facsimile: (775) 686-2401
   rcampbell@rgclawoffice.com
5
   MELANIE D. MORGAN (Bar No. 8215)
6  TENESA SCATURRO POWELL (Bar No. 12488)
   Thomas G. Pasternak (*pro hac vice*)
7  John M. Schafer (*pro hac vice*)
   AKERMAN LLP
8  1635 Village Center Circle, Suite 200
   Las Vegas, NV 89134
9  Tel: 702.634.5000
   Fax: 702.380.8572
10 melanie.morgan@akerman.com
   tenesa.scaturro@akerman.com
11 thomas.pasternak@akerman.com
   jay.schafer@akerman.com
12
   *Counsel for Defendant Zmodo Technology*
13 *Corporation Limited*

14

**UNITED STATES DISTRICT COURT**

15

**DISTRICT OF NEVADA**

16

| | |
|---|---|
| EYETALK365, LLC, | Case Nos.   2:17-cv-02714-RCJ-PAL; |
| Plaintiff, | 3:17-cv-00686-RCJ-PAL |
| v. | **MOTION TO SUBSTITUTE RESIDENT COUNSEL** |
| ZMODO   TECHNOLOGY   CORPORATION LIMITED, | |
| Defendant. | |
| ZMODO TECHNOLOGY CORPORATION LIMITED, | |
| Counter Claimant, | |
| v. | |
| EYETALK365, LLC, | |
| Counter Defendant. | |

28  //

1    Pursuant to LR 11-6(c), Defendant/Counterclaim Plaintiff Zmodo Technology Corporation,

2    LTD. ("Zmodo") hereby moves this court to substitute local counsel in Case Nos 2:17-cv-02714-

3    RCJ-PAL ("'2714 Case") and 3:17-cv-00686-RCJ-PAL ("'686 Case").  Zmodo had previously

4    designated Melanie D. Morgan of AKERMAN LLP as associate resident Nevada counsel.  (*See* '2714

5    Case, ECF Nos. 92, 93; '686 Case, ECF Nos. 25, 26) Zmodo now seeks to designate Richard G.

6    Campbell, Jr. of the LAW OFFICE OF RICHARD G. CAMPBELL, JR. INC. as resident counsel.  *See* Ex. A.

7        Discovery in this matter does not close until November 16, 2018.  (*See* '2714 Case, ECF

8    No. 111; '686 Case, ECF No. 36).  Mr. Campbell has already filed a notice of association of counsel

9    in each case (*see*'2714 Case, ECF No. 106; '686 Case, ECF No. 35), and is thus aware of the

10   respective deadlines set by the Court.  Additionally, Thomas G. Pasternak and John M. Schafer of

11   AKERMAN LLP, both of whom have been admitted *pro hac vice* in these cases (*see*'2714 Case, ECF

12   Nos. 94, 95; '686 Case, ECF Nos. 27, 28), will continue to represent Zmodo.  Accordingly,

13   discovery and trial deadlines will not be affected by the requested substitution of resident counsel.

14   Therefore, Zmodo respectfully requests that this Court grant the motion to substitute resident

15   counsel.

16

17   Dated: May 18, 2018

18

19                                                          **THE LAW OFFICE OF RICHARD G.
                                                              CAMPBELL, JR. INC.**

20
                                                            /s/ Richard G. Campbell, Jr.
21
                                                            THE LAW OFFICE OF RICHARD G.
22                                                          CAMPBELL, JR. INC.
                                                            RICHARD G. CAMPBELL, JR.
23   **IT IS SO ORDERED** this 22nd                         Bar No. 1832
     day of May, 2018.                                      333 Flint Street
24                                                          Reno, NV 89501
                                                            Telephone: (775) 384-1123
25                                                          Facsimile: (775) 686-2401
                                                            rcampbell@rgclawoffice.com
26   _____
     Peggy A. Leen                                          MELANIE D. MORGAN
27   United States Magistrate Judge                         Bar No. 8215
                                                            TENESA SCATURRO POWELL
28                                                          Bar No. 12488
                                                            Thomas G. Pasternak (*pro hac vice*)

                                        1

John M. Schafer (*pro hac vice*)
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Tel: 702.634.5000
Fax: 702.380.8572
melanie.morgan@akerman.com
tenesa.scaturro@akerman.com
thomas.pasternak@akerman.com
jay.schafer@akerman.com

*Counsel for Defendant Zmodo Technology
Corporation Limited*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed this 18th day of May, 2018, using the Court's CM/ECF system and served via email on the following counsel:

Gary R. Sorden (gary.sorden@klemchuk.com)

Michael D. Rounds (mrounds@bhfs.com)

Tim J. H. Craddock (tim.craddock @klemchuk.com)

/s/ John M. Schafer

THE LAW OFFICE OF RICHARD G.
CAMPBELL, JR. INC.
RICHARD G. CAMPBELL, JR. (Bar No. 1832)
333 Flint Street
Reno, NV 89501
Telephone: (775) 384-1123
Facsimile: (775) 686-2401
rcampbell@rgclawoffice.com

MELANIE D. MORGAN (Bar No. 8215)
TENESA SCATURRO POWELL (Bar No. 12488)
Thomas G. Pasternak (*pro hac vice*)
John M. Schafer (*pro hac vice*)
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Tel: 702.634.5000
Fax: 702.380.8572
melanie.morgan@akerman.com
tenesa.scaturro@akerman.com
thomas.pasternak@akerman.com
jay.schafer@akerman.com

*Counsel for Defendant Zmodo Technology
Corporation Limited*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EYETALK365, LLC, | Case Nos.   2:17-cv-02714-RCJ-PAL; 3:17-cv-00686-RCJ-PAL |
| Plaintiff, | |
| v. | **SUBSTITUTION OF RESIDENT COUNSEL** |
| ZMODO   TECHNOLOGY   CORPORATION LIMITED, | |
| Defendant. | |
| ZMODO TECHNOLOGY CORPORATION LIMITED, | |
| Counter Claimant, | |
| v. | |
| EYETALK365, LLC, | |
| Counter Defendant. | |

//

1    Pursuant to LR 11-6(c), Defendant/Counterclaim Plaintiff Zmodo Technology

2 Corporation, Inc. hereby substitutes as associate resident Nevada counsel Richard G. Campbell,

3 Jr. of the LAW OFFICE OF RICHARD G. CAMPBELL, JR. INC. in the place and stead of Melanie D.

4 Morgan of AKERMAN LLP.

5    DATED this ___ day of May, 2018

6    _____

7    Zmodo Technology Corporation, Ltd.

8

9    I consent to the above substitution.

10   DATED this ____ day of May, 2018

11   _____

12   Melanie D. Morgan

13

14   I hereby accept the above and foregoing substitution as associate resident Nevada counsel.

15   DATED this ____ day of May, 2018

16   _____

17   Richard G. Campbell, Jr.

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to LR 11-6(c), Defendant/Counterclaim Plaintiff Zmodo Technology Corporation,

2  Inc. hereby substitutes as associate resident Nevada counsel Richard G. Campbell, Jr. of the LAW

3  OFFICE OF RICHARD G. CAMPBELL, JR. INC. in the place and stead of Melanie D. Morgan of

4  AKERMAN LLP.

5          DATED this _____ day of May, 2018

6

7                                                         _____

8                                                         Zmodo Technology Corporation, Ltd.

9      I consent to the above substitution.

10      DATED this 10ᵗʰ day of May, 2018

11                                                         _____

12                                                         Melanie D. Morgan

13

14      I hereby accept the above and foregoing substitution as associate resident Nevada counsel.

15      DATED this _____ day of May, 2018

16

17                                                         _____

18                                                         Richard G. Campbell, Jr.

Pursuant to LR 11-6(c), Defendant/Counterclaim Plaintiff Zmodo Technology Corporation, Inc. hereby substitutes as associate resident Nevada counsel Richard G. Campbell, Jr. of the LAW OFFICE OF RICHARD G. CAMPBELL, JR. INC. in the place and stead of Melanie D. Morgan of AKERMAN LLP.

DATED this ____ day of May, 2018

_____

Zmodo Technology Corporation, Ltd.

I consent to the above substitution.

DATED this ____ day of May, 2018

_____

Melanie D. Morgan

I hereby accept the above and foregoing substitution as associate resident Nevada counsel.

DATED this __9__ day of May, 2018

_____

Richard G. Campbell, Jr.