THE LAW OFFICE OF RICHARD G.
CAMPBELL, JR. INC.
RICHARD G. CAMPBELL, JR. (Bar No. 1832)
333 Flint Street
Reno, NV 89501
Telephone: (775) 384-1123
Facsimile: (775) 686-2401
rcampbell@rgclawoffice.com

Thomas G. Pasternak (*pro hac vice*)
John M. Schafer (*pro hac vice*)
AKERMAN LLP
71 South Wacker Drive
Suite 4600
Chicago, IL 60606
Telephone: (312) 634-5700
Facsimile: (312) 424-1900
thomas.pasternak@akerman.com
jay.schafer@akerman.com

*Counsel for Defendant/Counter-Claimant,
Zmodo Technology Corporation Limited*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EYETALK365, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ZMODO TECHNOLOGY CORPORATION LIMITED, <br><br> Defendant. | Case Nos. 3:17-cv-00686-MMD-WGC and related case 2:17-cv-02714-RCJ-PAL; <br><br> **STIPULATION FOR EXTENSION OF TIME** |
| ZMODO TECHNOLOGY CORPORATION LIMITED, <br><br> Counter Claimant, <br><br> v. <br><br> EYETALK365, LLC, <br><br> Counter Defendant. | |

| | |
|---|---|
| 1 | Plaintiff/Counter-Defendant, EYETALK365, LLC and Defendant/Counter-Claimant, |
| 2 | ZMODO TECHNOLOGY CORPORATION LIMITED ("the Parties"), by and through their counsel, |
| 3 | hereby stipulate that Defendant/Counter-Claimant ZMODO TECHNOLOGY CORPORATION |
| 4 | LIMITED 's Opposition to Plaintiff/Counter-defendant EYETALK365, LLC's Motion to Compel |
| 5 | Discovery, filed on May 11, 2018, previously due on May 25, 2018, shall be due on May 29, 2018. |

AGREED:  Respectfully submitted,

/s/ Michael D. Rounds  /s/ Thomas G. Pasternak

Michael D. Rounds
Nevada Bar No. 4734
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: 775-324-4100
Facsimile: 775-333-8171
Email: mrounds@bhfs.com

Gary R. Sorden (admitted *pro hac vice*)
Tim Craddock (admitted *pro hac vice*)
KLEMCHUK LLP
8150 N. Central Expressway, 10th Floor
Dallas, Texas 75206
Telephone: 214-367-6000
Facsimile: 214-367-6001
Email: gary.sorden@klemchuk.com
tim.craddock@klemchuk.com

*Attorneys for Eyetalk365, LLC*

THE LAW OFFICE OF RICHARD G.
CAMPBELL, JR. INC.
RICHARD G. CAMPBELL, JR.
Bar No. 1832
333 Flint Street
Reno, NV 89501
Telephone: (775) 384-1123
Facsimile: (775) 686-2401
R campbell@rgclawoffice.com

Thomas G. Pasternak (*pro hac vice*)
John M. Schafer (*pro hac vice*)
AKERMAN LLP
71 South Wacker Drive
Suite 4600
Chicago, IL 60606
Telephone: (312) 634-5700
Facsimile: (312) 424-1900
thomas.pasternak@akerman.com
jay.schafer@akerman.com

*Counsel for Defendant Zmodo Technology Corporation Limited*

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED that the parties shall comply with the requirements of LR IA 6-2 governing the required form of order for stipulations or unopposed motion in any future applications for relief from the court.**

Dated: June 1, 2018

_____
Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed this 25th day of May, 2018, using the Court's CM/ECF system.

                                                             /s/ Thomas G. Pasternak
                                                            Thomas G. Pasternak