Michael D. Rounds
Nevada Bar No. 4734
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: 775-324-4100
Facsimile: 775-333-8171
Email: mrounds@bhfs.com

Gary R. Sorden (admitted *pro hac vice*)
Tim Craddock (admitted *pro hac vice*)
KLEMCHUK LLP
8150 N. Central Expressway, 10th Floor
Dallas, Texas 75206
Telephone: 214-367-6000
Facsimile: 214-367-6001
Email: gary.sorden@klemchuk.com
　　　　tim.craddock@klemchuk.com

*Attorneys for Eyetalk365, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EYETALK365, LLC,<br><br>　　　　　　*Plaintiff*,<br><br>v.<br><br>ZMODO TECHNOLOGY CORPORATION LIMITED,<br><br>　　　　　　*Defendant*. | Case No. 3:17-cv-00686-MMD-WGC<br><br><br><br>*and related case* |
| EYETALK365, LLC,<br><br>　　　　　　*Plaintiff*,<br><br>v.<br><br>ZMODO TECHNOLOGY CORPORATION LIMITED,<br><br>　　　　　　*Defendant*. | Case No. 2:17-cv-02714-RCJ-PAL<br><br>**JOINT STIPULATION REGARDING<br>CLAIM CONSTRUCTION** |

1

Plaintiff Eyetalk365, LLC and Defendant Zmodo Technology Corporation Limited submit the following joint stipulation in lieu of their Local Patent Rule 1-15 Joint Claim Construction and Prehearing Statement for the '686 Case.

Eyetalk and Zmodo exchanged proposed terms for construction, preliminary claim constructions, and identifications of extrinsic evidence in the '686 Case per Local Patent Rules 1-13 and 1-14 with respect to U.S. Patent Nos. 9,485,478, 9,516,284, 9,635,323, 9,706,178, and 9,648,290 (collectively, the "Patents-in-Suit"). Zmodo proposed a number of terms for construction. Eyetalk proposed that all terms be given their plain and ordinary meaning and that no construction was necessary. Both parties identified extrinsic evidence.

Since Zmodo has changed counsel, counsel for Eyetalk and and new counsel for Zmodo have since conferred regarding claim construction, and the parties stipulate and agree that no claim construction is necessary for any of the Patents-in-Suit in the '686 Case. Based on this stipulation and agreement, the parties agree that there is no need for the remaining claim construction disclosures, claim construction briefing, claim construction hearing, or a claim construction order in the '686 Case.

IT IS SO ORDERED this 6th day of July, 2018.

_____
ROBERT C. JONES

2