UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EYETALK365, LLC,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>ZMODO TECHNOLOGY CORPORATION LIMITED,<br><br>　　　　　　　　　　Defendant. | Case No. 2:17-cv-02714-RCJ-PAL<br><br>ORDER<br><br>(Mot Exp Disc – ECF No. 125) |

Before the court is Plaintiffs' Motion for Expedited Discovery (ECF No. 125). The court has reviewed the motion, defendant's Response (ECF No. 128), and plaintiff's Reply (ECF No. 138).

The motion asks for expedited discovery to support a motion for preliminary injunction which has not yet been filed. On June 19, 2018 the court granted plaintiff's motion to compel the majority of categories at issue in the request to expedite discovery. The order gave defendant until July 3, 2018 to produce responsive documents. The parties stipulated to a 4-day extension for defendant to respond, and plaintiff served additional discovery requests before this motion was filed. The reply acknowledges that the motion to expedite is moot as a practical matter and withdraws the motion without prejudice to file a motion to compel.

Having reviewed and considered the matter,

**IT IS ORDERED** that Plaintiffs' Motion for Expedited Discovery (ECF No. 125) is **DENIED**.

DATED this 23rd day of August, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1