Chad R. Fears (Nevada Bar No.: 6970)
**EVANS FEARS & SCHUTTERT LLP**
2300 W. Sahara Avenue, Suite 900
Las Vegas, Nevada 89102
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
Emil: cfears@efstriallaw.com

Jonathan K. Waldrop (pro hac vice)
Darcy L. Jones (pro hac vice)
Marcus A. Barber (pro hac vice)
Jack Shaw (pro hac vice)
Heather S. Kim (pro hac vice)
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171
Email: jwaldrop@kasowitz.com
Email: djones@kasowitz.com
Email: mbarber@kasowitz.com
Email: jshaw@kasowitz.com
Email: hkim@kasowitz.com

*Attorneys for Defendant*
*Zmodo Technology Corporation Limited*
*Additional counsel on signature page*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EYETALK365, LLC,<br><br>  Plaintiff,<br>v.<br><br>ZMODO TECHNOLOGY CORPORATION LIMITED,<br>  Defendant. | Case No. 3:17-cv-00686-RCJ-PAL<br><br>*and related case* |
| EYETALK365, LLC,<br><br>  Plaintiff,<br>v.<br><br>ZMODO TECHNOLOGY CORPORATION LIMITED,<br>  Defendant. | Case No. 2:17-cv-02714-RCJ-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR CONTEMPT AND TO COMPEL DISCOVERY**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Eyetalk365, LLC and Defendant Zmodo Technology Corporation Limited, through their respective counsel, that the time for Defendant to file its response to Plaintiff's Motion for Contempt and to Compel Discovery ("Motion") (ECF No. 103 in Case No. 3:17-cv-00686, and ECF No. 196 in Case No. 2:17-cv-02714) is extended for 7 days, from November 8, 2018 to November 15, 2018. This is the first stipulation for extension of time for Defendant to file its response to Plaintiff's Motion. This extension request is made to accommodate counsel's schedules. Accordingly, for good cause showing, the parties have agreed to the foregoing extension of the briefing schedule for Plaintiff's Motion.

Dated this 5th day of November, 2018.

**EVANS FEARS & SHUTTERT LLP**

By: /s/ Chad R. Fears
Chad R. Fears (Nevada Bar No.: 6970)
2300 W. Sahara Avenue, #900
Las Vegas, Nevada 89102
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
Email: cfears@efstriallaw.com

Jonathan K. Waldrop *(pro hac vice)*
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171
Email: jwaldrop@kasowitz.com
Attorneys for Plaintiff
Zmodo Technology Corporation Limited

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

By: /s/ Tim Craddock
Michael D. Rounds (Nevada Bar No. 4734)
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 324-4100
Facsimile: (775) 333-8171
Email: mrounds@bhfs.com

Gary R. Sordon *(pro hac vice)*
Tim Craddock *(pro hac vice)*
**KLEMCHUCK LLP**
8150 N. Central Expressway, 10th Floor
Dallas, Texas 75206
Telephone: (214) 367-6000
Facsimile: (214) 367-6001
Email: gary.sordon@klemchuck.com
Email: tim.craddock@klemchuck.com
Attorneys for Defendant Eyetalk365, LLC

**IT IS SO ORDERED**:

UNITED STATES DISTRICT COURT JUDGE/
UNITED STATES MAGISTRATE JUDGE

DATED: November 7, 2018

Case No. 3:17-cv-00686-RCJ-PAL
Case No. 2:17-cv-02714-RCJ-PAL