1    Chad R. Fears (Nevada Bar No.: 6970)
**EVANS FEARS & SCHUTTERT LLP**
2    2300 W. Sahara Avenue, #900
Las Vegas, Nevada 89102
3    Telephone: (702) 805-0290
Facsimile: (702) 805-0291
4    Email: cfears@efstriallaw.com

5    Jonathan K. Waldrop (*pro hac vice*)
Darcy L. Jones (*pro hac vice*)
6    Marcus A. Barber (*pro hac vice*)
Jack Shaw (*pro hac vice*)
7    Heather S. Kim (*pro hac vice*)
**KASOWITZ BENSON TORRES LLP**
8    333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
9    Telephone: (650) 453-5170
Facsimile: (650) 453-5171
10    Email: jwaldrop@kasowitz.com
Email: djones@kasowitz.com
11    Email: mbarber@kasowitz.com
Email: jshaw@kasowitz.com
12    Email: hkim@kasowitz.com

13    Attorneys for Defendant
Zmodo Technology Corporation Limited
14

*Additional counsel on signature page*
15

16            **UNITED STATES DISTRICT COURT**
               **DISTRICT OF NEVADA**
17

| | |
|---|---|
| EYETALK365, LLC, | Case No. 3:17-cv-0686-RCJ-PAL |
| Plaintiff, | |
| v. | *and related case* |
| ZMODO TECHNOLOGY CORPORATION LIMITED, | |
| Defendant. | |
| EYETALK365, LLC, | Case No. 2:17-cv-02714-RCJ-PAL |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO AND REPLY IN SUPPORT OF ZMODO'S MOTION FOR RECONSIDERATION** |
| v. | |
| ZMODO TECHNOLOGY CORPORATION LIMITED, | |
| Defendant. | **(FIRST REQUEST)** |

1       IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Eyetalk365 LLC

2  and Defendant Zmodo Technology Corporation Limited, and through their respective counsel, that

3  the time for Plaintiff to file its Response to Defendant's Motion for Reconsideration (ECF No. 125

4  in Case No. 3:17-cv-00686, and ECF No. 221 in Case No. 2:17-cv-02714) ("Motion for

5  Reconsideration") is extended for 3 days, from December 18, 2018 to December 21, 2018, and that

6  the time for Defendant to file its Reply in support of the Motion for Reconsideration, if any, is

7  extended for 3 days from December 25, 2018 to December 28, 2018.  This is the first stipulation

8  for extension of time for Plaintiff to file its response and for Defendant to file its reply.

9  / / /

10  / / /

11  / / /

12  / / /

13  / / /

14  / / /

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  (Signatures on following page)

1        This extension request is made to accommodate counsel's schedules.  Accordingly, for good

2  cause showing, the parties have agreed to the foregoing extension of the briefing schedule for the

3  Motion for Reconsideration.

4        Dated this 17ᵗʰ day of December, 2018.

5

6  **KLEMCHUCK LLP**               **KASOWITZ BENSON TORRES LLP**

7  By: */s/ Tim Craddock*         By:  */s/ Jonathan K. Waldrop*
       Gary R. Sorden (pro hac vice)      Jonathan K. Waldrop (*pro hac vice*)
       Tim Craddock (pro hac vice)       **KASOWITZ BENSON TORRES LLP**

8      **KLEMCHUCK LLP**           333 Twin Dolphin Drive, Suite 200
       8150 N. Central Expressway, 10th Floor  Redwood Shores, California  94065

9      Dallas, Texas  75206           Telephone: (650) 453-5170
       Telephone:  (214) 367-6000       Facsimile:  (650) 453-5171

10     Facsimile:  (214) 367-6001       Email: jwaldrop@kasowitz.com
       Email:  gary.sordon@klemchuck

11     Email:  tim.craddock@klemchuck.com   Chad R. Fears (Nevada Bar No.: 6970)
                                 **EVANS FEARS & SCHUTTERT LLP**

12     Michael D. Rounds (Nevada Bar No.    2300 W. Sahara Avenue, #900
       4734)                     Las Vegas, Nevada  89102

13     **BROWNSTEIN HYATT FARBER**    Telephone:  (702) 805-0290
       **SCHRECK LLP**              Facsimile:   (702) 805-0291

14     5371 Kietzke Lane           Email: cfears@efstriallaw.com
       Reno, Nevada  89511

15     Telephone:  (775) 324-4100       Attorneys for Defendant
       Facsimile:  (775) 333-8171        Zmodo Technology Corporation Limited

16     Email:  mrounds@bhfs.com

17     Attorneys for Plaintiff EYETALK365,
       LLC

18

19

20     **IT IS SO ORDERED:**

21

22                    _____
       UNITED STATES DISTRICT COURT JUDGE
       UNITED STATES MAGISTRATE JUDGE

23     Dated:  _December 20, 2018

24

25

26

27

28