Chad R. Fears (Nevada Bar No.: 6970)
**EVANS FEARS & SCHUTTERT LLP**
2300 W. Sahara Avenue, #950
Las Vegas, Nevada 89102
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
Email: cfears@efstriallaw.com

Jonathan K. Waldrop (*pro hac vice*)
Darcy L. Jones (*pro hac vice*)
Marcus A. Barber (*pro hac vice*)
Jack Shaw (*pro hac vice*)
Heather S. Kim (*pro hac vice*)
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171
Email: jwaldrop@kasowitz.com
Email: djones@kasowitz.com
Email: mbarber@kasowitz.com
Email: jshaw@kasowitz.com
Email: hkim@kasowitz.com

*Attorneys for Defendant*
*Zmodo Technology Corporation Limited*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EYETALK365, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>ZMODO TECHNOLOGY CORPORATION LIMITED,<br><br>        Defendant. | Case No. 3:17-cv-00686-RCJ-PAL<br><br>*and related case* |
| EYETALK365, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>ZMODO TECHNOLOGY CORPORATION LIMITED,<br><br>       Defendant. | Case No. 2:17-cv-02714-RCJ-PAL<br><br>**JOINT STIPULATION TO STAY ALL DEADLINES PENDING RESOLUTION** |

1   Plaintiff Zmodo Technology Corporation Limited ("Zmodo" or "Plaintiff") and Defendant
2  Eyetalk365, LLC ("Eyetalk" or "Defendant") hereby file this Joint Stipulation to Stay All Deadlines
3  Pending Resolution (the "Joint Stipulation").
4   Plaintiff and Defendant hereby notify the Court that all matters in controversy between them
5  have been settled, in principle. Plaintiff and Defendant request that the Court stay the remaining
6  deadlines contained in the Court's orders (Dkt. No. 233 in 2:17-cv-02714-RCJ-PAL; Dkt. No. 142
7  in Case No. 3:17-cv-00686-RCJ-PA) for thirty (30) days so that the parties can finalize the
8  resolution and file appropriate dismissal papers.
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Plaintiff and Defendant will also file a status report to apprise the Court of the resolution progress within twenty-one (21) days of the filing of the Joint Stipulation.

Dated: February 21, 2019

By: */s/ Jonathan K. Waldrop*
    Jonathan K. Waldrop (*pro hac vice*)
    Darcy L. Jones (*pro hac vice*)
    Marcus A. Barber (*pro hac vice*)
    Jack Shaw (*pro hac vice*)
    Heather S. Kim (*pro hac vice*)
    **KASOWITZ BENSON TORRES LLP**
    333 Twin Dolphin Drive, Suite 200
    Redwood Shores, California 94065
    Telephone: (650) 453-5170
    Facsimile: (650) 453-5171
    Email: jwaldrop@kasowitz.com
    Email: djones@kasowitz.com
    Email: mbarber@kasowitz.com
    Email: jshaw@kasowitz.com
    Email: hkim@kasowitz.com

    Chad R. Fears (Nevada Bar No.: 6970)
    **EVANS FEARS & SCHUTTERT LLP**
    2300 W. Sahara Avenue, #950
    Las Vegas, Nevada 89102
    Telephone: (702) 805-0290
    Facsimile: (702) 805-0291
    Email: cfears@efstriallaw.com

Attorneys for Defendant
Zmodo Technology Corporation Limited

Dated: February 21, 2019

By: */s/ Gary R. Sorden*
    Gary R. Sorden (*pro hac vice*)
    Tim Craddock (*pro hac vice*)
    **KLEMCHUK LLP**
    Campbell Centre II
    8150 North Central Expressway,
    10th Floor
    Dallas, TX 75206
    Telephone: (214) 367-6000
    Facsimile: (214) 367-6001
    Email: gary.sorden@klemchuk.com
    Email: tim.craddock@klemchuk.com

    Michael D. Rounds
    (Nevada Bar No. 4734)
    **BROWNSTEIN HYATT FARBER**
    5371 Kietzke Lane
    Reno, Nevada 89511
    Telephone: (775) 324-4100
    Facsimile: (775) 333-8171
    Email: mrounds@bhfs.com

Attorneys for Plaintiff
Eyetalk365, LLC

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE/
UNITED STATES MAGISTRATE JUDGE

DATED: February 25, 2019

Case No. 3:17-cv-00686-RCJ-PAL
Case No. 2:17-cv-02714-RCJ-PAL