Michael D. Rounds
Nevada Bar No. 4734
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, Nevada  89511
Telephone:  775-324-4100
Facsimile:  775-333-8171
Email:  mrounds@bhfs.com

Gary R. Sorden (admitted *pro hac vice*)
Tim Craddock (admitted *pro hac vice*)
KLEMCHUK LLP
8150 N. Central Expressway, 10th Floor
Dallas, Texas  75206
Telephone:  214-367-6000
Facsimile:  214-367-6001
Email:  gary.sorden@klemchuk.com
         tim.craddock@klemchuk.com

Attorneys for Eyetalk365, LLC

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EYETALK365, LLC,<br><br>                *Plaintiff*,<br><br>v.<br><br>ZMODO TECHNOLOGY CORPORATION LIMITED,<br><br>                *Defendant*. | Case No. 3:17-cv-00686-MMD-WGC<br><br>*and related case* |
| EYETALK365, LLC,<br><br>                *Plaintiff*,<br><br>v.<br><br>ZMODO TECHNOLOGY CORPORATION LIMITED,<br><br>                *Defendant*. | Case No. 2:17-cv-02714-RCJ-PAL<br><br>**JOINT STATUS REPORT** |

On February 25, 2019, the Court granted Plaintiff Zmodo Technology Corporation Limited ("Zmodo") and Eyetalk365, LLC's ("Eyetalk") (collectively, the "Parties") Joint Stipulation to Stay All Deadlines Pending Resolution.

The Parties have reached an agreement in principle to settle this matter. A draft agreement has been sent to Zmodo for signature and/or revision and the Parties expect to resolve this matter through a dismissal with prejudice shortly.

Dated: March 13, 2019

KASOWITZ BENSON TORRES LLP

By: /s/ Jonathan K. Waldrop
Jonathan K. Waldrop (admitted pro hac vice)
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, Nevada 94065
Telephone: (650) 453-5170
Facsimile: (650) 453 – 5171
Email: jwaldrop@kasowitz.com

Chad R. Fears
Nevada Bar No. 6970
EVANS FEARS & SCHUTTERT LLP
2300 W. Sahara Avenue, #900
Las Vegas, Nevada 89102
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
Email: cfears@efstriallaw.com

*Attorneys for Defendant Zmodo Technology Corporation Limited*

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ Gary R. Sorden
Michael D. Rounds, Esq.
Nevada Bar No. 4734
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 324-4100
Facsimile: (775) 333-8171
Email: mrounds@bhfs.com

Gary R. Sorden (admitted *Pro Hac Vice*)
Tim Craddock (admitted *Pro Hac Vice*)
KLEMCHUCK LLP
8150 n. Central Expressway, 10th Floor
Dallas, Texas 75206
Telephone: (214) 367-6000
Facsimile: (214) 367-6001
Email: gary.sorden@klemchuck.com
tim.craddock@klemchuck.com

*Attorneys for Plaintiff Eyetalk365, LLC*

**IT IS ORDERED** that the parties shall have until **April 18, 2019**, to either file a stipulation to dismiss with prejudice, or a joint status report indicating when the stipulation will be filed.

Dated: March 20, 2019

Peggy A. Leen
United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed this 13th day of March, 2019, using the Court's CM/ECF system.

*/s/ Gary R. Sorden*
Gary R. Sorden