Michael D. Rounds
Nevada Bar No. 4734
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, Nevada  89511
Telephone:  775-324-4100
Facsimile:  775-333-8171
Email:  mrounds@bhfs.com

Gary R. Sorden (admitted *pro hac vice*)
Tim Craddock (admitted *pro hac vice*)
KLEMCHUK LLP
8150 N. Central Expressway, 10th Floor
Dallas, Texas  75206
Telephone:  214-367-6000
Facsimile:  214-367-6001
Email: gary.sorden@klemchuk.com
          tim.craddock@klemchuk.com

*Attorneys for Eyetalk365, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EYETALK365, LLC,<br><br>                              *Plaintiff,*<br><br>v.<br><br>ZMODO TECHNOLOGY CORPORATION LIMITED,<br><br>                              *Defendant.* | Case No. 3:17-cv-00686-MMD-WGC<br><br><br>*and related case* |
| EYETALK365, LLC,<br><br>                              *Plaintiff,*<br><br>v.<br><br>ZMODO TECHNOLOGY CORPORATION LIMITED,<br><br>                              *Defendant.* | Case No. 2:17-cv-02714-RCJ-PAL<br><br>**[PROPOSED] ORDER ENTERING STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE** |

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, Nevada 89511
Tel 775-324-4100
Fax 775-333-8171

1

In consideration of the parties' Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii), it is ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims and causes of action against Defendant related to the products, systems, services and any other apparatuses that are accused of infringement in the above-captioned cases are dismissed WITH prejudice.

It is further ORDERED, ADJUDGED, AND DECREED that Defendant's counterclaims and causes of action against Plaintiff related to the products, systems, services and any other apparatus that are accused of infringement in the above-captioned cases are dismissed WITH prejudice.

It is further ORDERED that all attorneys' fees, expenses, and costs incurred to date are to be borne by the party that incurred them.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: _04-22-2019_

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, Nevada 89511
Tel 775-324-4100
Fax 775-333-8171